**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**

WHEREAS, the parties have conferred and agreed upon an extension of time for certain claim construction deadlines in the case schedule;

IT IS STIPULATED AND AGREED by and between Plaintiff Eagle Pharmaceuticals Inc. and Defendants Apotex Inc., Apotex Corp., Slayback Pharma LLC, and Baxter Healthcare

Corporation, through their undersigned counsel, and subject to the approval of the Court, that the

following deadlines shall be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Meet and Confer to Prepare Joint Claim Construction Chart | On or before October 11, 2024 | On or before October 22, 2024 |
| Parties to File Joint Claim Construction Chart | Tuesday, October 15, 2024 | Tuesday, October 29, 2024 |
| Substantial Completion of Document Production | Friday, October 18, 2024 | Wednesday, December 18, 2024[1] |
| Plaintiff Serves Opening Claim Construction Brief | Tuesday, October 29, 2024 | No change[2] |
| Defendants Serve Answering Claim Construction Brief | Tuesday, November 19, 2024 | No change |
| Plaintiff Serves Reply Claim Construction Brief | Wednesday, December 4, 2024 | No change |
| Defendants Serve Sur-Reply Claim Construction Brief | Thursday, December 19, 2024 | No change |
| Optional Technology Tutorial | Wednesday, January 8, 2025 | No change |
| Parties File Joint Claim Construction Brief | Wednesday, January 8, 2025 | No change |
| Interim Status Report on Discovery | Friday, January 10, 2025 | No change |
| Parties Meet and Confer and File Amended Joint Claim Construction Chart | Friday, January 17, 2025 | No change |
| Hearing on Claim Construction | January 30, 2025 at 10 a.m. | No change |
| Defendants' Final Identification of Invalidity References | Friday, May 16, 2025 | No change |
| Plaintiff's Final Identification of Accused Products | Friday, May 16, 2025 | No change |

[1] By agreement of the parties, Defendants shall produce certain non-custodial documents on or before November 8, 2024.
[2] The parties are currently conferring in good faith regarding proposed adjustments to the claim construction briefing schedule.

ME1 50617441v.1

| | | |
|---|---|---|
| Plaintiff's Produce Final Infringement Contentions | Friday, May 30, 2025 | No change |
| Defendants' Produce Final Invalidity Contentions | Friday, June 13, 2025 | No change |
| Defendants' Response to Final Infringement Contentions | Friday, June 27, 2025 | No change |
| Plaintiff's Response to Final Invalidity Contentions | Friday, July 11, 2025 | No change |
| Close of Fact Discovery | Friday, August 1, 2025 | No change |
| Opening Expert Reports | Friday, September 5, 2025 | No change |
| Rebuttal Expert Reports | Friday, October 10, 2025 | No change |
| Reply Expert Reports | Friday, November 7, 2025 | No change |
| Close of Expert Discovery | Friday, December 12, 2025 | No change |
| Dispositive Motions and Daubert Motions | Friday, January 23, 2026 | No change |
| Answering Dispositive Motions and Daubert Motions | Friday, February 20, 2026 | No change |
| Reply Dispositive Motions and Daubert Motions | Friday, March 6, 2026 | No change |
| Hearing on Dispositive Motions and Daubert Motions | May 27, 2026 at 10 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 13, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 20, 2026 | No change |

ME1 50617441v.1

| Final Pretrial Conference in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 22, 2026 at 3:00 p.m. | No change |
|---|---|---|
| Trial Begins in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 28, 2026 | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 14, 2026 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

Dated:  October 15, 2024

**MCCARTER & ENGLISH, LLP**                          **POTTER ANDERSON & CORROON LLP**


*/s/ Daniel M. Silver*                                       */s/ Philip A. Rovner*
Daniel M. Silver (#4758)                              Philip A. Rovner (#3215)
Alexandra M. Joyce (#6423)                        P.O. Box 951
Maliheh Zare (#7133)                                    Wilmington, DE 19899
Renaissance Centre                                        (302) 984-6000
405 N. King Street, 8th Floor                        provner@potteranderson.com
Wilmington, Delaware 19801
(302) 984-6300                                              *Attorneys for Defendant Baxter*
dsilver@mccarter.com                                    *Healthcare Corporation*
ajoyce@mccarter.com
mzare@mccarer.com


*Attorneys for Plaintiff*

**MORRIS JAMES LLP**

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex
Inc. and Apotex Corp.*

**SMITH KATZENSTEIN &
JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback
Pharma LLC*

IT IS SO ORDERED this ___16th___ day of ___October___, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge

5