# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2024, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS' ANSWERING CLAIM CONSTRUCTION BRIEF

DECLARATION OF JUDAH BELLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF WITH EXHIBITS 10-13

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Christopher B. Ferenc<br>Katten Muchin Rosenman LLP<br>1919 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006-3404<br>christopher.ferenc@katten.com |
| Deepro R. Mukerjee<br>Lance A. Soderstrom<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Center<br>New York, NY 10020-1605<br>deepro.mukerjee@katten.com<br>lance.soderstrom@katten.com | Jitendra Malik<br>Joseph M. Janusz<br>Katten Muchin Rosenman LLP<br>550 South Tyron Street, Suite 2900<br>Charlotte, NC 28202<br>jitty.malik@katten.com<br>joe.janusz@katten.com |
| Rachel L. Schweers<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>rachel.schweers@katten.com | Kenneth L. Dorsney<br>Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| Andrew Miller<br>Ajay Kayal<br>Connie Huttner<br>Robyn Ast-Gmoser<br>Windels Marx Lane &Mittendorf, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>amiller@windelsmarx.com<br>akayal@windelsmarx.com<br>chuttner@windelsmarx.com<br>rast-gmoser@windelsmarx.com | Neal C. Belgam<br>Daniel A. Taylor<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>Nbelgam@skjlaw.com<br>Dtaylor@skjlaw.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com |
| Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 | *Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: December 10, 2024
11914838