**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 6, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS' SURREPLY CLAIM CONSTRUCTION BRIEF

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Christopher B. Ferenc<br>Katten Muchin Rosenman LLP<br>1919 Pennsylvania Ave., N.W., Suite 800<br>Washington, DC 20006-3404<br>christopher.ferenc@katten.com |
| Deepro R. Mukerjee<br>Lance A. Soderstrom<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Center<br>New York, NY 10020-1605<br>deepro.mukerjee@katten.com<br>lance.soderstrom@katten.com | Jitendra Malik<br>Joseph M. Janusz<br>Katten Muchin Rosenman LLP<br>550 South Tyron Street, Suite 2900<br>Charlotte, NC 28202<br>jitty.malik@katten.com<br>joe.janusz@katten.com |
| Rachel L. Schweers<br>Lauren Eiten<br>Katten Muchin Rosenman LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>rachel.schweers@katten.com<br>lauren.eiten@katten.com | Kenneth L. Dorsney<br>Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| Andrew Miller<br>Ajay Kayal<br>Connie Huttner<br>Robyn Ast-Gmoser<br>Windels Marx Lane &Mittendorf, LLP<br>One Giralda Farms<br>Madison, NJ 07940<br>amiller@windelsmarx.com<br>akayal@windelsmarx.com<br>chuttner@windelsmarx.com<br>rast-gmoser@windelsmarx.com | Neal C. Belgam<br>Daniel A. Taylor<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>Nbelgam@skjlaw.com<br>Dtaylor@skjlaw.com |
| Alex Grabowski<br>Kenneth G. Schuler<br>Marc N. Zubick<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>alex.grabowski@lw.com<br>kenneth.schuler@lw.com<br>marc.zubick@lw.com | Kelly Anne Welsh<br>Susan Y. Tull<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004<br>kelly.welsh@lw.com<br>susan.tull@lw.com |

<table>
<tr><td>

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
35 W Wacker Drive Suite 3400
Chicago, IL 60601
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: January 7, 2025
11968005

</td><td>

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*

</td></tr>
</table>