**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP., | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF**

**TABLE OF EXHIBITS**

| Ex. # | Title |
|---|---|
| Ex. 1 | U.S. Patent No. 11,844,783 |
| Ex. 2 | U.S. Patent No. 11,872,214 |
| Ex. 3 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated June 14, 2023 |
| Ex. 4 | Certified File History of U.S. Patent No. 11,872,214, Final Office Action dated July 11, 2023 |
| Ex. 5 | Certified File History of U.S. Patent No. 11,872,214, Original Application Claims dated December 14, 2022 |
| Ex. 6 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated November 8, 2023 |
| Ex. 7 | Certified File History of U.S. Patent No. 11,872,214, Reply to Office Action dated July 28, 2023 |
| Ex. 8 | Certified File History of U.S. Patent No. 11,872,214, Non-Final Office Action dated August 21, 2023 |
| Ex. 9 | Certified File History of U.S. Patent No. 11,872,214, Non-Final Office Action dated March 14, 2023 |
| Ex. 10 | U.S. Patent No. 9,265,831 |
| Ex. 11 | U.S. Patent No. 9,572,797 |
| Ex. 12 | U.S. Patent Publication No. 2011/0190363 (Drager et. al.) |
| Ex. 13 | Excerpts of Certified File History of U.S. Patent No. 11,844,783<br>- Original Application Claims dated December 14, 2022<br>- Non-Final Office Action dated March 21, 2023<br>- Reply to Office Action dated June 16, 2023<br>- Final-Office Action dated July 11, 2023 |

Dated: January 8, 2025

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarer.com

Attorneys for Plaintiff

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

Attorneys for Defendant Baxter
Healthcare Corporation

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Attorneys for Defendants Apotex
Inc. and Apotex Corp.

SMITH KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Attorneys for Defendant Slayback
Pharma LLC

3