

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

January 17, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

Re:  *Eagle Pharmaceuticals, Inc. v. Apotex, Inc. et al.*, C.A. No. 24-64-JLH;
     *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, C.A. No. 24-65-JLH;
     *Eagle Pharmaceuticals, Inc. v. Baxter Healthcare Corp.*, C.A. No. 24-66-JLH

Dear Judge Hall:

Pursuant to Paragraph 12 of the Scheduling Orders in these cases, counsel for the parties met and conferred via phone on January 17, 2025, in an attempt to reach agreement on constructions for claim terms that remain in dispute.  The meet and confer lasted approximately 29 minutes and all of the disputed claim terms were discussed.  The following counsel participated: Daniel G. Brown, Alex Grabowski, Wyley S. Proctor, and Daniel M. Silver for Eagle; Christopher B. Ferenc, Lauren Eiten, and Kenneth L. Dorsney for Apotex; Connie Huttner, Robyn Ast-Gmoser, and Daniel A. Taylor for Slayback; Judah Bellin and Philip A. Rovner for Baxter.  The parties also corresponded by email after the call to confirm potential agreements discussed on the call.

Following these discussions, Defendants agreed to add "but not limited to" to their construction of the "comprising" term, as reflected in the attached Amended Joint Claim Construction Chart.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/  Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)

ME1 51839415v.1