**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING
MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff Eagle Pharmaceuticals, Inc.'s Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

1

IT IS SO ORDERED this __24th__ day of January, 2025 that:

1. The Motion is GRANTED, and for purposes of the January 30, 2025 Markman hearing in the above-captioned cases, the following person is exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use his electronic devices:

- Jacob Whitt (in-house counsel at Eagle Pharmaceuticals)

2. The person listed in Paragraph 1 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Jennifer L. Hall
United States District Judge