# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT BAXTER HEALTHCARE CORPORATION'S
MOTION AND PROPOSED ORDER GRANTING
LIMITED EXEMPTION FROM THE STANDING ORDER
<u>REGARDING PERSONAL ELECTRONIC DEVICES</u>**

Defendant Baxter Healthcare Corporation ("Baxter) respectfully requests an exemption

from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the*

*Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal*

*Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the January 30, 2025 claim construction hearing in these matters: Martin J. Black (Lead Counsel for Baxter), Noah M. Leibowitz (Lead Counsel for Baxter), Amanda K. Antons (Lead Counsel for Baxter), Judah Bellin (Lead Counsel for Baxter) and Laura J. DeMoor (In-House Counsel for Baxter).

All Authorized Persons will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>       Philip A. Rovner (#3215)<br>       Andrew M. Moshos (#6685)<br>       Hercules Plaza<br>       P.O. Box 951<br>       Wilmington, DE  19899<br>       (302) 984-6000 |
| Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800 | provner@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |
| Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538 | |

Dated:  January 24, 2025
11995717

IT IS SO ORDERED, this __27th___ day of January 2025.

_____
The Honorable Jennifer L. Hall
United States District Court Judge

2