# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH |

## **ORDER**

At Wilmington, this 31st day of January 2025;

IT IS HEREBY ORDERED that:

For the reasons announced from the bench at the conclusion of today's hearing, the Court construes "wherein the bendamustine concentration in the composition is from about 25 mg/mL"

('214 patent, claims 1 and 6) as "wherein the bendamustine concentration in the composition is about 25 mg/mL."

As announced from the bench at the conclusion of today's hearing, the Court will address any remaining claim construction disputes in the context of ruling on the parties' summary judgment motions and/or in the context of finalizing the jury instructions (*i.e.*, at the final pretrial conference or charge conference).

_____
The Honorable Jennifer L. Hall
United States District Court Judge