IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>  Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SLAYBACK PHARMA LLC,<br><br>  Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>  Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 13, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

RE-NOTICE OF SUBPOENA OF BAKER HOSTETLER LLP

RE-NOTICE OF SUBPOENA OF CHRISTINA JORDAN

RE-NOTICE OF SUBPOENA OF STEPHANIE LODISE

RE-NOTICE OF SUBPOENA OF LUCAS AND MERCANTI LLP

RE-NOTICE OF SUBPOENA OF MICHAEL MERCANTI

RE-NOTICE OF SUBPOENA OF SCIDOSE LLC

**BY EMAIL**

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Wyley S. Proctor<br>McCarter & English, LLP<br>265 Franklin St.<br>Boston, MA 02110<br>wproctor@mccarter.com |
| OF COUNSEL:<br><br>Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>Amanda K. Antons<br>DECHERT LLP<br>35 W Wacker Drive Suite 3400<br>Chicago, IL 60601<br>(312) 646-5800<br><br>Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538<br><br>Dated: February 13, 2025<br>12046192 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ *Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |