**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP, | |
| Defendants. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 13, 2025, the following documents were served

on the following counsel of record at the addresses and in the manner indicated:

BAXTER HEALTHCARE CORP.'S SECOND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO PLAINTIFF'S FIRST SET OF COMMON INTERROGATORIES TO
DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND
BAXTER HEALTHCARE CORP.

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Wyley S. Proctor
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
230 Northgate Street #209,
Lake Forest, IL 60045
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: March 13, 2025
1211181

POTTER ANDERSON & CORROON LLP


By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*