AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| Eagle Pharmaceuticals, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24-64-JLH/ 24-65-JLH/ 24-66-JLH |
| Apotex Inc., and Apotex Corp/ Slayback Pharma LLC/ Baxter Healthcare Corporation | ) ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:  Srikanth Sundaram
*(Name of person to whom this subpoena is directed)*

✔ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, DE 19801 or a mutually convenient location | Date and Time: 5/12/2025 |
|---|---|

The deposition will be recorded by this method:  videotape and/or audiotape and by stenographic means

✔ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached Schedule A for document requests. Please produce the requested documents at a time to be agreed upon, and send all documents to Philip A Rovner at Potter Anderson & Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, DE 1980 or to a mutually agreed upon location.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/02/2025

CLERK OF COURT

OR

_____                              *Philip A. Rovner*
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Apotex Inc. and Apotex Corp/ Slayback Pharma LLC/ Baxter Healthcare Corporation , who issues or requests this subpoena, are:

Philip A. Rovner and Andrew M Moshos of Potter Anderson & Corroon LLP, Kenneth L. Dorsney and Cortlan S. Hitch of Morris James LLP, and Neal C. Belgam and Daniel A. Taylor of Smith Katzenstein & Jenkins LLP

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 24-64-JLH/ 24-65-JLH/ 24-66-JLH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Srikanth Sundaram on *(date)* Apr 3, 2025, 10:55 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: I delivered the documents to Bikram Malik, with identity confirmed by subject stating their name. Malik confirmed that he is authorized to accept on behalf of Srikanth Sundaram and Maia Pharmaceuticals in his official capacity as General Manager of Operations. Malik accepted the documents with direct delivery. on *(date)* Tue, Apr 08 2025; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 140.00.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 04/08/2025

Signed by: William Laguer
B406F75894D54F3...

*Server's signature*

William Laguer, Process Server

*Printed name and title*

Veritext, LLC, 1100 Superior Avenue, Suite 1820, Cleveland, Ohio 44114

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Apr 3, 2025, 2:55 pm EDT at Maia Pharmaceuticals: 707 State Rd Suite 104, Princeton, NJ 08540 There was a phone number to call at the main entrance. The phone number is +1 (215) 668-7751. When I called the number, I ended up speaking with John Alessandro, who is in charge of project management and technical operations for Maia pharmaceuticals. He stated that no one is in the office today and that everyone is working remotely. He also said that the entity to be served, is enroute to India.

2) Successful Attempt: Apr 8, 2025, 3:25 pm EDT at Maia Pharmaceuticals: 707 State Rd Suite 104, Princeton, NJ 08540 received by Bikram Malik. Age: 50-65; Ethnicity: Middle Eastern; Gender: Male; Weight: 200+; Height: 6'3"; Hair: Gray; Relationship: General Manager of Operations; Other: Glasses: Yes;
I delivered the documents to Bikram Malik, with identity confirmed by subject stating their name. Malik confirmed that he is authorized to accept on behalf of Srikanth Sundaram and Maia Pharmaceuticals in his official capacity as General Manager of Operations. Malik accepted the documents with direct delivery.

Documents Served: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; SCHEDULE A; WITNESS FEE PAYMENT IN THE AMOUNT OF $140.00