# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR TELECONFERENCE TO RESOLVE
<u>DISCOVERY DISPUTES</u>**

Defendants Baxter Healthcare Corporation ("Baxter"), Apotex Inc. and Apotex Corp. ("Apotex") and Slayback Pharma LLC ("Slayback") (collectively, "Defendants") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

(1) Defendants' request to compel Eagle to provide discovery into its recent royalty purchase agreement regarding sales of products (Bendeka) Eagle contends are covered by the Patents-in-Suit;

(2) Eagle's refusal to make Dr. Philip Buxton, co-inventor of the Patents-in-Suit, available for deposition for more than six hours; and

(3) Defendants' request to compel Eagle to produce documents related to the role of sodium hydroxide in the bendamustine products.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on April 16, 2025 regarding Dispute Nos. 1 and 2:

- Delaware Counsel: Philip Rovner (Baxter); Cortlan Hitch (Apotex) and Daniel Taylor (Slayback) and Alexandra Joyce and Maliheh Zare (Eagle).

- Lead Counsel: Noah Leibowitz; Judah Bellin; and Amanda Antons (Baxter). Christopher Ferenc (Apotex); Robyn Ast-Gmoser (Slayback). For Eagle: Wyley Proctor and Alex Grabowski.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on March 18, 2025, regarding Dispute No. 3:

- Delaware Counsel: Philip Rovner (Baxter); Cortlan Hitch (Apotex) and Daniel Taylor (Slayback) and Alexandra Joyce and Maliheh Zare (Eagle).

- Lead Counsel: Noah Leibowitz; Judah Bellin; and Amanda Antons (Baxter). Christopher Ferenc (Apotex); Robyn Ast-Gmoser (Slayback). For Eagle: Wyley Proctor and Alex Grabowski.

Slayback joins in Dispute Nos. 2 and 3 but not Dispute No. 1.

The parties are available for a teleconference on the following dates: April 29, 2025, April 30, 2025, May 1, 2025, and May 2, 2025.

Dated: April 23, 2025

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com | By: */s/ Cortlan S. Hitch*<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| OF COUNSEL:<br><br>Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>Amanda K. Antons<br>DECHERT LLP<br>230 Northgate Street #209,<br>Lake Forest, IL 60045<br>(312) 646-5800<br><br>Noah M. Leibowitz<br>DECHERT LLP<br>Three Bryant Park,<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3538<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* | OF COUNSEL:<br><br>Deepro R. Mukerjee<br>Lance A. Soderstrom<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Center<br>New York, NY 10020-1605<br>deepro.mukerjee@katten.com<br>lance.soderstrom@katten.com<br><br>Jitendra Malik<br>Joseph M. Janusz<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tyron Street, Suite 2900<br>Charlotte, NC 28202<br>jitty.malik@katten.com<br>joe.janusz@katten.com<br><br>Christopher B. Ferenc<br>KATTEN MUCHIN ROSENMAN LLP<br>1919 Pennsylvania Avenue, NW Suite 800<br>Washington, DC 20006<br>Christopher.ferenc@katten.com<br><br>Rachel L. Schweers<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>rachel.schweers@katten.com<br><br>*Attorneys for Defendants Apotex Inc. and*<br>*Apotex Corp.* |

SMITH KATZENSTEIN & JENKINS LLP

By: /s/ Neal C. Belgam
    Neal C. Belgam (#2721)
    Daniel A. Taylor (#6934)
    1000 West Street, Suite 1501
    Wilmington, DE 19801
    Nbelgam@skjlaw.com
    Dtaylor@skjlaw.com

OF COUNSEL:

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE &
MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

*Attorneys for Defendant Slayback Pharma LLC*