# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br>         Plaintiff, <br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br>         Defendants. | C.A. No. 24-64-JLH <br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br>         Plaintiff, <br> v. <br><br> SLAYBACK PHARMA LLC, <br>         Defendant. | C.A. No. 24-65-JLH <br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br>         Plaintiff, <br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br>         Defendant. | C.A. No. 24-66-JLH <br> **JURY TRIAL DEMANDED** |

**JOINT LETTER TO THE HONORABLE CHRISTOPHER J. BURKE**

Dear Judge Burke,

Pursuant to the Court's May 1, 2025, Oral Order (D.I. 136),[1] Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") and Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Baxter Healthcare Corporation ("Baxter"), and Slayback Pharma LLC ("Slayback") (collectively, "Defendants") submit this joint letter. On May 6, 2025, lead, local, and counsel who has the most familiarity with the disputes for the parties conferred for approximately 40 minutes regarding each of the pending issues on which they had submitted discovery dispute letters. The parties were not able to reach agreement regarding the pending issues.

**Defendants' First Dispute**, D.I. 125 (Apr. 23, 2025). The parties remain at an impasse regarding Defendants' request that Eagle "provide discovery into its recent royalty purchase agreement regarding sales of products (Bendeka) Eagle contends are covered by the Patents-in-Suit." The parties will submit letter briefs in accordance with the Court's Order (D.I. 127) and respectfully request the Court's guidance regarding this issue.

**Defendants' Second Dispute**, D.I. 125 (Apr. 23, 2025). The parties were not able to reach agreement regarding the deposition of Dr. Philip Buxton, co-inventor of the Patents-in-Suit. The parties will submit letter briefs in accordance with the Court's Order (D.I. 127) and respectfully request the Court's guidance regarding this issue.

**Defendants' Third Dispute**, D.I. 125 (Apr. 23, 2025). The parties remain at an impasse regarding Defendants' request that Eagle produce further documents related to the role of sodium hydroxide in the bendamustine products. The parties will submit letter briefs in accordance with the Court's Order (D.I. 127) and respectfully request the Court's guidance regarding this issue.

**Plaintiff's First Dispute**, D.I. 129 (Apr. 28, 2025). During the parties' meet and confer on May 6, 2025, Eagle provided a proposal to Apotex and Slayback to resolve Eagle's request for samples, which Apotex and Slayback are considering. The dispute is tabled pending Apotex and Slayback's consideration of Eagle's proposal. To allow sufficient consideration of Eagle's proposal, the parties will submit a stipulation requesting an extension of their respective letter briefs set in the Court's Order (D.I. 135) regarding this issue.

**Plaintiff's Second Dispute**, D.I. 129 (Apr. 28, 2025). During the parties' meet and confer on May 6, 2025, Eagle identified new documents in support of its request for "communications between [Apotex's] sales force regarding the sale, marketing, pricing and/or promotion of its NDA product." Apotex is considering the newly identified documents. The dispute is tabled pending Apotex's consideration of this newly provided information. To allow sufficient consideration of this information, the parties will submit a stipulation requesting an extension of their respective letter briefs set in the Court's Order (D.I. 135) regarding this issue.

---

[1] All docket entry citations are from *Eagle Pharmaceuticals, Inc. v. Apotex, Inc. et al.*, C.A. No. 24-64-JLH.

**Plaintiff's Third Dispute**, D.I. 129 (Apr. 28, 2025). During the parties' meet and confer on May 6, 2025, Eagle offered a proposal to resolve the dispute. The parties have further discussed this issue and resolved their dispute.

Dated: May 7, 2025                                  **MCCARTER & ENGLISH, LLP**

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Maliheh Zare (#7133)
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

*Attorneys for Plaintiff*