# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>  Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SLAYBACK PHARMA LLC,<br><br>  Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>  Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 29, 2025, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S SECOND SET OF COMMON INTERROGATORIES (NO. 10) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 63-64) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

Wyley S. Proctor
Alexander T. Hornat
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com
ahornat@mccarter.com
EagleLitigation@McCarter.com

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Martin J. Black<br>Judah Bellin<br>DECHERT LLP<br>Cira Centre, 2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-4000 | By: /s/ *Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Andrew M. Moshos (#6685)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    amoshos@potteranderson.com |
| Amanda K. Antons<br>DECHERT LLP<br>230 Northgate Street #209,<br>Lake Forest, IL 60045<br>(312) 646-5800 | *Attorneys for Defendant*<br>*Baxter Healthcare Corporation* |

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  May 29, 2025
12260448

3