## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendant. | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that prior to 5:00 p.m. on July 1, 2025, the following document was served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S FIRST SET OF COMMON REQUESTS FOR ADMISSION TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

**BY EMAIL**

Daniel M. Silver
Alexandra M. Joyce
Maliheh Zare
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com
mzare@mccarter.com

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com

OF COUNSEL:

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

Amanda K. Antons
DECHERT LLP
230 Northgate Street #209,
Lake Forest, IL 60045
(312) 646-5800

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated: July 1, 2025
12338959

Wyley S. Proctor
Alexander T. Hornat
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110
wproctor@mccarter.com
ahornat@mccarter.com
EagleLitigation@McCarter.com

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*