# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>        Defendant. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>        Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>        Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 65-71) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.**

**DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S SUPPLEMENTAL NOTICE OF RULE 30(B)(6) DEPOSITION OF PLAINTIFF EAGLE PHARMACEUTICALS, INC.**

were served upon the attorneys listed below via electronic mail on this 22nd day of August, 2025 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>Maliheh Zare<br>MCCARTER & ENGLISH, LLP<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarter.com<br><br>*Attorneys for Plaintiff* | Daniel G. Brown<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>daniel.brown@lw.com<br><br>Marc N. Zubik<br>Alex Grabowski<br>Kenneth Schuler<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>marc.zubick@lw.com<br>alex.grabowski@lw.com<br>kenneth.schuler@lw.com<br><br>Brett M. Sandford<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>brett.sandford@lw.com<br><br>Kelly A. Welsh<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>kelly.welsh@lw.com<br>EAGLEBENDAMUSTINELITIGATION.LWTEAM@lw.com<br><br>*Attorneys for Plaintiff* |

2

Dated: August 22, 2025

    */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*