**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-64-JLH |
| v. | **JURY TRIAL DEMANDED** |
| APOTEX INC., AND APOTEX CORP, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-65-JLH |
| v. | **JURY TRIAL DEMANDED** |
| SLAYBACK PHARMA LLC, | |
| Defendant. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Plaintiff, | C.A. No. 24-66-JLH |
| v. | **JURY TRIAL DEMANDED** |
| BAXTER HEALTHCARE CORPORATION, | |
| Defendant. | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that prior to 5:00 p.m. on September 18, 2025, the following

document was served on the following counsel of record at the addresses and in the manner

indicated:

DEFENDANTS APOTEX, INC., APOTEX CORP., SLAYBACK PHARMA LLC, AND
BAXTER HEALTHCARE CORP.'S FOURTH SET OF REQUESTS FOR PRODUCTION
(NOS. 65 - 67) TO PLAINTIFF EAGLE PHARMACEUTICALS, INC.

**<u>BY EMAIL</u>**

| | |
|---|---|
| Daniel M. Silver | Wyley S. Proctor |
| Alexandra M. Joyce | Alexander T. Hornat |
| Maliheh Zare | McCarter & English, LLP |
| McCarter & English, LLP | 265 Franklin St. |
| Renaissance Centre | Boston, MA 02110 |
| 405 N. King Street, 8th Floor | wproctor@mccarter.com |
| Wilmington, DE 19801 | ahornat@mccarter.com |
| dsilver@mccarter.com | EagleLitigation@McCarter.com |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | |

LATHAM & WATKINS LLP
Eaglebendamustinelitigation.lwteam@lw.com


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Martin J. Black                          By: /s/ *Philip A. Rovner*
Judah Bellin                                  Philip A. Rovner (#3215)
DECHERT LLP                                   Andrew M. Moshos (#6685)
Cira Centre, 2929 Arch St.                    Hercules Plaza
Philadelphia, PA 19104                        P.O. Box 951
(215) 994-4000                                Wilmington, DE 19899
                                              (302) 984-6000
Amanda K. Antons                              provner@potteranderson.com
DECHERT LLP                                   amoshos@potteranderson.com
230 Northgate Street #209,
Lake Forest, IL 60045                    *Attorneys for Defendant*
(312) 646-5800                           *Baxter Healthcare Corporation*

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park,
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3538

Dated:  September 18, 2025
12467386