## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　Defendant. | C.A. No. 24-66-JLH |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on June 27, 2025, the Court entered an Order setting the present case schedule (C.A. No. 24-64-JLH, D.I. 182; C.A. No. 24-65-JLH, D.I. 156; C.A. No. 24-66-JLH, D.I. 133);

WHEREAS, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle") and Defendants Apotex Inc and Apotex Corp. ("Apotex"), Slayback Pharma LLC and Azurity

Pharmaceuticals, Inc. ("Slayback"), and Baxter Healthcare Corporation ("Baxter") (collectively, the "Parties") have been in discussions about potential amendments to the pleadings; and

WHEREAS, the Parties wish to extend the deadline for all motions to amend or supplement the pleadings from October 3, 2025 to October 9, 2025 with no impact on any other deadlines as set forth in the table below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Final Identification of Invalidity References | Friday, October 3, 2025 | No change |
| Plaintiff's Final Identification of Accused Products | Friday, October 3, 2025 | No change |
| Deadline to Join Parties | Friday, October 3, 2025 | No change |
| Deadline to Amend/Supplement Pleadings | Friday, October 3, 2025 | Thursday, October 9, 2025 |
| Plaintiff's Produce Final Infringement Contentions | Friday, October 10, 2025 | No change |
| Defendants' Produce Final Invalidity Contentions | Friday, October 24, 2025 | No change |
| Defendants Supplement Responses to Plaintiff's Final Infringement Contentions | Friday, October 31, 2025 | No change |
| Plaintiff Supplement Responses to Defendants' Final Invalidity Contentions | Friday, November 14, 2025 | No change |
| Close of Fact Discovery | Friday, December 5, 2025 | No change |
| Opening Expert Reports | Friday, January 23, 2026 | No change |
| Rebuttal Expert Reports | Friday, February 27, 2026 | No change |
| Reply Expert Reports | Friday, March 27, 2026 | No change |
| Close of Expert Discovery | Friday, May 1, 2026 | No change |
| Dispositive Motions and *Daubert* Motions | Friday, June 5, 2026 | No change |
| Answering Dispositive Motions and *Daubert* Motions | Wednesday, July 1, 2026 | No change |
| Reply Dispositive Motions and *Daubert* Motions | Monday, July 20, 2026 | No change |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Hearing on Dispositive Motions and Daubert Motions | September 11, 2026 at 10:00 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.,* No. 24-64-JLH | December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.,* No. 24-64-JLH | December 14, 2026 | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | May 10, 2027 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | May 17, 2027 | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | September 6, 2027 at 3:00 p.m. | No change |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | September 13, 2027 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that the deadline for all motions to amend or supplement the pleadings be extended from October 3, 2025 to October 9, 2025.

3

Dated: October 3, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Daniel M. Silver* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Maliheh Zare (#7133) | P.O. Box 951 |
| Renaissance Centre | Wilmington, DE 19899 |
| 405 N. King Street, 8th Floor | (302) 984-6000 |
| Wilmington, Delaware 19801 | provner@potteranderson.com |
| (302) 984-6300 | amoshos@potteranderson.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendant Baxter Healthcare Corporation* |
| mzare@mccarer.com | |
| *Attorneys for Plaintiffs* | |
| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 3205 Avenue North Boulevard, Suite 100 | 1000 N. West Street, Suite 1501 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

IT IS SO ORDERED this _____ day of October, 2025

                                                    _____
                                                    The Honorable Jennifer L. Hall
                                                    United States District Judge