

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

October 10, 2025

**VIA CM/ECF**
The Honorable Eleanor G. Tennyson
J. Caleb Boggs Federal Building
844 N. King Street
Unit 38, Room 4104
Wilmington, DE 19801-3555

Re: *Eagle Pharm., Inc. et al. v. Apotex, Inc. et al.*, C.A. No. 24-64-JLH;
*Eagle Pharm., Inc. et al. v. Slayback Pharma LLC et al.*, C.A. No. 24-65-JLH;
*Eagle Pharm., Inc. et al. v. Baxter Healthcare Corporation*, C.A. No. 24-66-JLH;

Dear Judge Tennyson,

    I write jointly on behalf of Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle") and Defendants Apotex Inc. and Apotex Corp. ("Apotex"), in advance of the discovery dispute hearing scheduled for November 7, 2025 to inform the Court that Eagle and Apotex have resolved their dispute regarding Eagle's Rule 30(b)(6) Deposition Topics 17, 30, 31, 39, and 40 (*see* D.I. 167 in C.A. No. 24-66-JLH), with Apotex agreeing to designate a witness for each of those topics.

    The other dispute between Eagle and all Defendants regarding Eagle's proposed cross-use of financial documents produced by each of the Defendants pursuant to the protective order in these coordinated actions, and related subpoenas to Defendants, still remains outstanding. *See* D.I. 167.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)