# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 20, 2025, true and correct copies of *(1) Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC's Objections and Responses to Defendants'*

1

ME1\58550109.v1

*Fifth Set of Requests for Productions (Nos. 72-74)* were served on the following counsel in the manner indicated:

## VIA EMAIL:

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
kdorsney@morrisjames.com
chitch@morrisjames.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Center
New York, NY 10020-1605
Deepro.mukerjee@katten.com
Lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 South Tyron Street, Suite 2900
Charlotte, NC 28202
Jitty.malik@katten.com
Joe.janusz@katten.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Avenue, NW Suite 800
Washington, DC 20006
Christopher.ferenc@katten.com

Rachel L. Schweers
Lauren Eiten
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
Rachel.schweers@katten.com
Lauren.eiten@katten.com

*Attorneys for Defendants Apotex, Inc. and Apotex Corp.*

PLEASE TAKE NOTICE that on October 20, 2025, a true and correct copy of *Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC's Objections and Responses to Defendants' Fifth Set of Requests for Productions (Nos. 72-74)* was served on the following counsel in the manner indicated:

Neal C. Belgam
Daniel A. Taylor
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
Nbelgam@skjlaw.com
Dtaylor@skjlaw.com

Andrew Miller
Ajay Kayal
Connie Huttner
Robyn Ast-Gmoser
WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
amiller@windelsmarx.com
akayal@windelsmarx.com
chuttner@windelsmarx.com
rast-gmoser@windelsmarx.com

Jason A. Lief
Alan II Pollack
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
alief@windelsmarx.com
apollack@windelsmarx.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

PLEASE TAKE NOTICE that on October 20, 2025, a true and correct copy of *Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC's Objections and Responses to Defendants' Fifth Set of Requests for Productions (Nos. 72-74)* was served on the following counsel in the manner indicated:

Philip A. Rovner
Andrew M. Moshos
POTTER ANDERSON & CORROON LLP
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
amoshos@potteranderson.com

Martin J. Black
Judah Bellin
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Martin.black@dechert.com
Judah.bellin@dechert.com

Amanda K. Antons
DECHERT LLP
35 w. Wacker Drive, Suite 3700
Chicago, IL 60601
Amanda.antons@dechert.com

Noah M. Leibowitz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Noah.leibowitz@dechert.com

*Attorneys for Defendant Baxter Healthcare Corporation*

| | |
|---|---|
| Dated: October 20, 2025 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, DE 19801 |
| 555 Eleventh Street, NW, | (302) 984-6300 |
| Suite 1000 Washington, D.C. 20004 | dsilver@mccarter.com |
| daniel.brown@lw.com | ajoyce@mccarter.com |
| kelly.welsh@lw.com | mzare@mccarter.com |
| | |
| Kenneth G. Schuler | *Attorneys for Plaintiffs* |
| Marc N. Zubick | |
| Alex Grabowski | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| | |
| Brett M. Sandford | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 200 | |
| San Francisco, CA 94111 | |
| Brett.sandford@lw.com | |

*Attorneys for Plaintiffs*
*in C.A. Nos. 24-64-JLH and 24-65-JLH*

Wyley S. Proctor
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6529
wproctor@mccarter.com

*Attorneys for Plaintiffs in C.A. No. 24-66-JLH*