**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, | C.A. No. 24-64-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC, | C.A. No. 24-65-JLH <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, | C.A. No. 24-66-JLH <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA
LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE
OF DEPOSITION OF ALAN EAGLE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and

the Local Court Rules for the United States District Court for the District of Delaware, Defendants

Apotex Inc. and Apotex Corp. ("Apotex"), Slayback Pharma LLC ("Slayback") and Baxter

Healthcare Corporation ("Baxter") will take the deposition of Alan Eagle.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on November 18, 2025 at 9:00 a.m. CT, by remote video conference, or at another date, time, and/or location mutually agreed upon by the parties. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated:  November 13, 2025

POTTER ANDERSON & CORROON LLP

By:    /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Andrew M. Moshos (#6685)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000
     provner@potteranderson.com
     amoshos@potteranderson.com

*Attorneys for Defendant*
*Baxter Healthcare Corporation*

MORRIS JAMES LLP

By:    /s/ Kenneth L. Dorsney
     Kenneth L. Dorsney (#3726)
     Cortlan S. Hitch (#6720)
     3205 Avenue North Boulevard, Suite 100
     Wilmington, DE 19803
     (302) 888-6800
     kdorsney@morrisjames.com
     chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SMITH KATZENSTEIN & JENKINS LLP

By:    /s/ Daniel A. Taylor
     Neal C. Belgam (#2721)
     Daniel A. Taylor (#6934)
     1000 West Street, Suite 1501
     Wilmington, DE 19801
     nbelgam@skjlaw.com
     dtaylor@skjlaw.com

*Attorneys for Defendant*
*Slayback Pharma LLC*