**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br><br>APOTEX INC. and APOTEX CORP,<br><br>　　　　　Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br>　v.<br><br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS APOTEX INC. AND APOTEX CORP., SLAYBACK PHARMA LLC, AND BAXTER HEALTHCARE CORP.'S NOTICE <u>OF DEPOSITION OF DAVID BRICKER</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1) and the Local Court Rules for the United States District Court for the District of Delaware, Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Slayback Pharma LLC ("Slayback") and Baxter Healthcare Corporation ("Baxter") will take the deposition of David Bricker.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on November 25, 2025 at 9:00 a.m. CT, by remote video conference, or at another date, time, and/or location mutually agreed upon by the parties. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

Dated:  November 18, 2025

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>  Philip A. Rovner (#3215)<br>  Andrew M. Moshos (#6685)<br>  Hercules Plaza<br>  P.O. Box 951<br>  Wilmington, DE  19899<br>  (302) 984-6000<br>  provner@potteranderson.com<br>  amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* | By: */s/ Cortlan S. Hitch*<br>  Kenneth L. Dorsney (#3726)<br>  Cortlan S. Hitch (#6720)<br>  3205 Avenue North Boulevard, Suite 100<br>  Wilmington, DE 19803<br>  (302) 888-6800<br>  kdorsney@morrisjames.com<br>  chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |

SMITH KATZENSTEIN & JENKINS LLP


By: */s/ Daniel A. Taylor*
    Neal C. Belgam (#2721)
    Daniel A. Taylor (#6934)
    1000 West Street, Suite 1501
    Wilmington, DE 19801
    nbelgam@skjlaw.com
    dtaylor@skjlaw.com

*Attorneys for Defendants*
*Slayback Pharma LLC and*
*Azurity Pharmaceuticals, Inc.*