# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (Consolidated) |

**AMENDED NOTICE OF SUBPOENA OF SRIKANTH SUNDARAM**

PLEASE TAKE NOTICE that on or about May 12, 2025, pursuant to Federal Rule of Civil Procedure 45, a subpoena to Testify at Deposition, and commanding the production of documents, information or objects, was served on Srikanth Sundaram.

PLEASE TAKE FURTHER NOTICE that the deposition will take place on November 20, 2025 at 9:00am ET at the office of Windels Marx, 1 Giralda Farms, Madison, NJ 07940. The deposition shall be conducted upon oral examination before a court reporter, notary public, or other official authorized to administer oaths under law, and will be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

DATED: November 18, 2025
12567079

POTTER ANDERSON & CORROON LLP

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Andrew M. Moshos (#6685)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    amoshos@potteranderson.com

| MORRIS JAMES LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| By: /s/ *Cortlan S. Hitch*<br>    Kenneth L. Dorsney (#3726)<br>    Cortlan S. Hitch (#6720)<br>    3205 Avenue North Boulevard, Suite 100<br>    Wilmington, DE 19803<br>    (302) 888-6800<br>    kdorsney@morrisjames.com<br>    chitch@morrisjames.com | By: /s/ *Daniel A. Taylor*<br>    Neal C. Belgam (No. 2721)<br>    Daniel A. Taylor (No. 6934)<br>    1000 West Street, Suite 1501<br>    Wilmington, DE 19801<br>    (302) 652-8400<br>    nbelgam@skjlaw.com<br>    dtaylor@skjlaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendant Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |