**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER AMENDING THE PROTECTIVE ORDER**

WHEREAS on September 9, 2024, the Court entered a protective order (the "Protective Order") in the above-captioned cases (D.I. 74 in C.A. No. 24-64-JLH; D.I. 54 in C.A. No. 24-65-JLH; D.I. 54 in C.A. No. 24-66-JLH (the "Baxter Action"));

WHEREAS Paragraph 27 of the Protective Order implemented restrictions on Latham & Watkins LLP's access to Confidential and Highly Confidential information produced by Baxter Healthcare Corporation ("Baxter") in the Baxter Action as a result of an existing ethical conflict;

WHEREAS Baxter recently executed a waiver of the conflict of interest as it pertains to Latham & Watkins LLP; and

WHEREAS thereafter, Baxter consented to the amendment of the Protective Order and to the removal of the restrictions imposed under Paragraph 27.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC and Baxter, subject to the approval of the Court, that the Protective Order is hereby amended, and Paragraph 27 thereof is stricken in its entirety.

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Maliheh Zare* | By: /s/ *Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Maliheh Zare (#7133) | Hercules Plaza |
| Renaissance Centre | P.O. Box 951 |
| 405 N. King Street, 8th Floor | Wilmington, DE  19899 |
| Wilmington, Delaware 19801 | (302) 984-6000 |
| (302) 984-6300 | provner@potteranderson.com |
| dsilver@mccarter.com | amoshos@potteranderson.com |
| ajoyce@mccarter.com | |
| mzare@mccarter.com | *Attorneys for Defendant* |
| | *Baxter Healthcare Corporation* |
| *Attorneys for Plaintiffs* | |

Dated:  December 8, 2025

IT IS SO ORDERED, this  9th   day of  December , 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge

3