# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE

WHEREAS Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC's (collectively, "Eagle") and Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.'s (collectively, "Slayback") continue to work toward a resolution of the underlying dispute that is the subject of

Slayback's Objections to Magistrate Judge Tennyson's Ruling on the Sharing of Highly-Confidential Information of Non-Parties in Other Cases (D.I. 247 in C.A. No. 24-65-JLH) ("Slayback's Objection") but respectfully submit that additional time is necessary;

WHEREAS to preserve judicial economy and efficiency, Eagle and Slayback have agreed to extend the deadline for Eagle's response to Slayback's Objection for two weeks to January 2, 2026;

IT IS HEREBY STIPULATED AND AGREED by and between Eagle and Slayback, through their undersigned counsel, and subject to the approval of the Court pursuant to Paragraph 6 of the Standing Order for Objections Filed Under Fed. R. Civ. P. 72, that the deadline for Eagle to respond to Slayback's Objection is extended to January 2, 2026 (from December 19, 2025).

Dated: December 18, 2025

| MCCARTER & ENGLISH, LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Maliheh Zare* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Maliheh Zare (#7133) | 1000 N. West Street, Suite 1501 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 652-8400 |
| Wilmington, Delaware 19801 | nbelgam@skjlaw.com |
| (302) 984-6300 | dtaylor@skjlaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants* |
| mzare@mccarter.com | *Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |
| *Attorneys for Plaintiffs* | |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Eleanor G. Tennyson

2

ME1\59396652.v1