# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Delaware Local Rule 83.7, the appearance of

Maliheh Zare, of McCarter & English, LLP, attorney for Plaintiffs Eagle Pharmaceuticals, Inc.

ME1 52946021v.1

and Eagle Sub1 LLC ("Plaintiffs") is hereby withdrawn. The law firms of Latham & Watkins LLP and McCarter & English, LLP will continue to represent Plaintiffs in the above captioned matters.

| | |
|---|---|
| Date: January 8, 2026 | **MCCARTER & ENGLISH, LLP** |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Wyley S. Proctor | 405 N. King Street, 8th Floor |
| MCCARTER & ENGLISH, LLP | Wilmington, DE 19801 |
| 265 Franklin Street | (302) 984-6300 |
| Boston, MA 02110 | dsilver@mccarter.com |
| (617) 449-6529 | ajoyce@mccarter.com |
| wproctor@mccarter.com | |
| | *Attorneys for Plaintiffs* |
| Daniel G. Brown | |
| Kelly A. Welsh | |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW, | |
| Suite 1000 Washington, D.C. 20004 | |
| daniel.brown@lw.com | |
| kelly.welsh@lw.com | |
| | |
| Kenneth G. Schuler | |
| Marc N. Zubick | |
| Alex Grabowski | |
| Michelle Chin | |
| Nathan Fuller | |
| Manuela Burek | |
| Hanna Bondarowicz | |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| michelle.chin@lw.com | |
| nathan.fuller@lw.com | |
| manuela.burek@lw.com | |
| hanna.bondarowicz@lw.com | |

ME1 52946021v.1

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
Brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

ME1 52946021v.1