IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL OF
CERTAIN CO-COUNSEL ADMITTED PRO HAC VICE**

PLEASE TAKE NOTICE that pursuant to Delaware Local Rule 83.7, the appearance of

Daniel G. Brown, Esq. of Latham &Watkins, LLP, attorney for Plaintiffs Eagle Pharmaceuticals,

ME1 52946021v.1

Inc. and Eagle Sub1 LLC ("Plaintiffs") is hereby withdrawn. Other counsel of record at the law firms of Latham & Watkins LLP and McCarter & English, LLP will continue to represent Plaintiffs in the above captioned matters.

|  |  |
|---|---|
| Date: January 9, 2026 | **MCCARTER & ENGLISH, LLP** |
|  | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
|  | Alexandra M. Joyce (#6423) |
| Wyley S. Proctor | 405 N. King Street, 8th Floor |
| MCCARTER & ENGLISH, LLP | Wilmington, DE 19801 |
| 265 Franklin Street | (302) 984-6300 |
| Boston, MA 02110 | dsilver@mccarter.com |
| (617) 449-6529 | ajoyce@mccarter.com |
| wproctor@mccarter.com |  |
|  | *Attorneys for Plaintiffs* |
| Kelly A. Welsh |  |
| LATHAM & WATKINS LLP |  |
| 555 Eleventh Street, NW, |  |
| Suite 1000 Washington, D.C. 20004 |  |
| kelly.welsh@lw.com |  |

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
michelle.chin@lw.com
nathan.fuller@lw.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 200
San Francisco, CA 94111
Brett.sandford@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
ramya.vallabhaneni@lw.com

ME1 52946021v.1