# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER**
**TO AMEND CASE SCHEDULE**

WHEREAS pursuant to party agreement(s) the depositions of certain out of time fact witnesses in the above-captioned matters are on-going; and

WHEREAS the parties agree that a short extension of time for the expert discovery deadlines are necessary to allow for completion of the ongoing depositions;

IT IS THEREFORE STIPULATED AND AGREED by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that the following deadlines should be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | Friday, January 23, 2026 | Friday, February 6, 2026 |
| Rebuttal Expert Reports | Friday, February 27, 2026 | Friday, March 13, 2026 |
| Reply Expert Reports | Friday, March 27, 2026 | Friday, April 10, 2026 |
| Close of Expert Discovery | Friday, May 1, 2026 | Friday, May 8, 2026 |
| Dispositive Motions and Daubert Motions | Friday, June 5, 2026 | No change |
| Answering Dispositive Motions and Daubert Motions | Wednesday, July 1, 2026 | No change |
| Reply Dispositive Motions and Daubert Motions | Monday, July 20, 2026 | No change |
| Hearing on Dispositive Motions and Daubert Motions | September 11, 2026 at 10:00 a.m. | No change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 7, 2026 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 14, 2026 | No change |

| Final Pretrial Conference in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | Monday, May 10, 2027 at 3:00 p.m. | No change |
|---|---|---|
| Trial Begins in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | Monday, May 17, 2027 | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | Monday, September 6, 2027 at 3:00 p.m. | No change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | Monday, September 13, 2027 | No change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

Pursuant to D. Del. LR 16.4, counsel has sent a copy of the request to extend these deadlines to their respective clients.

Dated: January 16, 2026

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Renaissance Centre | Hercules Plaza |
| 405 N. King Street, 8th Floor | 1313 North Market Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19899 |
| (302) 984-6300 | (302) 984-6000 |
| dsilver@mccarter.com | provner@potteranderson.com |
| ajoyce@mccarter.com | amoshos@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Baxter Healthcare Corporation* |

| MORRIS JAMES LLP | SMITH KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 3205 Avenue North Boulevard | 1000 West Street, Suite 1501 |
| Suite 100 | Wilmington, DE 19801 |
| Wilmington, DE 19803 | (302) 652-8400 |
| (302) 888-6800 | nbelgam@skjlaw.com |
| kdorsney@morrisjames.com | dtaylor@skjlaw.com |
| chitch@morrisjames.com | |
| | *Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals Inc.* |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | |

IT IS SO ORDERED this _____ day of _____, 2026.

_____
United States District Judge

4