## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>  Defendants. | C.A. No. 24-64-JLH<br>(Consolidated) |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>  Defendants. | C.A. No. 24-65-JLH<br>(Consolidated) |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>  Defendant. | C.A. No. 24-66-JLH<br>(Consolidated) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS Plaintiffs sought and obtained an Order from Magistrate Tennyson on November 7, 2025 (C.A. No. 24-65, D.I. 237) allowing them to use certain highly confidential information of Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (hereinafter

"Slayback") in the other two above-captioned cases, C.A. No. 24-64 (the "Apotex Case") and C.A. No. 24-66 (the "Baxter Case"), which were obtained pursuant to subpoenas (D.I. 200 in Apotex Case and D.I. 146 in Baxter Case);

WHEREAS Slayback timely objected to the Magistrate's Order; and

WHEREAS, in order to avoid further motion practice and reduce the burden on the Court, Plaintiffs have agreed to use redacted versions of the following documents containing information that Slayback designated highly confidential;

Now THEREFORE, IT IS STIPULATED AND AGREED between the Parties, that:

1. Slayback will withdraw its Objections to the Magistrate's Order of November 7, 2025;

2. Plaintiffs will use only redacted versions of the documents from Slayback that were the subject of the November 7, 2025 Order (SLAY-VIVMUS0012343, SLAY-VIVMUS0097391, SLAY-VIVMUS0097392), as well as redacted versions of two additional documents (SLAY-VIVMUS0180468 & SLAY-VIVMUS0180469) in the Apotex Case and the Baxter Case and will not include any of the redacted information in their expert reports, any discovery responses, court papers, or at trial in the Apotex Case and the Baxter Case; and

3. The redacted versions to be used will redact Column B in SLAY-VIVMUS0012343; Column B in SLAY-VIVMUS0097392; Column B in SLAY-VIVMUS0180468; Columns B-H, Q, Z, AA, and AD-AF in SLAY-VIVMUS0097391; and Columns B-H, Q, Z, AA, and AD-AF in SLAY-VIVMUS0180469. These redactions were memorialized in emails between counsel on December 9, 2025, December 29, 2025, December 30, 2025, and January 20, 2026.

                                                  Respectfully submitted,

Dated: January 23, 2026

| **MCCARTER & ENGLISH, LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Neal C. Belgam (No. 2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (No. 6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| *Attorneys for Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC* | *Attorneys for Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |

IT IS SO ORDERED, this ___ day of January, 2026

                                                  _____
                                                  The Honorable Jennifer L. Hall
                                                  United States District Judge