# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>          Defendants. | C.A. No. 24-64-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>          Defendants. | C.A. No. 24-65-JLH |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>          Defendant. | C.A. No. 24-66-JLH |

**NOTICE OF WITHDRAWAL OF DEFENDANTS/NONPARTIES SLAYBACK PHARMA LLC AND AZURITY PHARMACEUTICALS, INC.'S OBJECTIONS TO MAGISTRATE JUDGE TENNYSON'S RULING ON THE SHARING OF HIGHLY-CONFIDENTIAL INFORMATION OF NON-PARTIES IN OTHER CASES**

PLEASE TAKE NOTICE that Nonparties Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") (in C.A. Nos. 24-64 and 24-66) – also Defendants in C.A. No 24-65 – respectfully withdraw their objections (docketed at C.A. No. 24-64, D.I. 271; C.A. No.

24-65, D.I. 247; C.A. No. 24-66, D.I. 208) to Magistrate Judge Tennyson's November 7, 2025 Oral Order granting Plaintiffs' Motion to Compel. Slayback together with Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC have agreed to redactions to the materials in question.

Dated: January 23, 2026

*Of Counsel:*

Constance S. Huttner
Alan H. Pollack
Jason A. Lief
Robyn Ast-Gmoser

WINDELS MARX LANE & MITTENDORF, LLP
One Giralda Farms
Madison, NJ 07940
(973) 966-3200

156 West 56th Street
New York, NY 10019
chuttner@windelsmarx.com
apollack@windelsmarx.com
jlief@windelsmarx.com
rast-gmoser@windelsmarx.com

Respectfully submitted,

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

2