# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC, AND AZURITY PHARMACEUTICALS, INC.<br><br>Defendants. | C.A. No. 24-65-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH (CONSOLIDATED)<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION [AND PROPOSED ORDER TO DISMISS U.S. PATENT NO. 11,844,783**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Eagle") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex,"), Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. (collectively,

"Slayback"), and Baxter Healthcare Corporation ("Baxter") (individually a "Defendant" and collectively "Defendants") hereby stipulate as follows:

The parties, by and through their respective undersigned counsel, and subject to the approval of the Court, stipulate and agree to dismiss all claims, counterclaims, and defenses relating to U.S. Patent No. 11,844,783 with prejudice. No other claim-in-suit or patent-in-suit is affected. Each party shall bear its own costs and attorneys' fees.

Dated: January 30, 2026

**MCCARTER & ENGLISH, LLP**

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

**SMITH KATZENSTEIN & JENKINS LLP**

/s/ Daniel A. Taylor
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*

**MORRIS JAMES LLP**

/s/ Cortlan S. Hitch
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

**POTTER ANDERSON & CORROON LLP**

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant Baxter Healthcare Corporation*

IT IS SO ORDERED this 2nd day of February, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge