# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP, | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC, | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC., AND EAGLE SUB1 LLC<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION, | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendants Apotex Inc. and Apotex Corp. ("Apotex") and Baxter Healthcare Corporation ("Baxter") (collectively "Defendants")[1] respectfully move this Court to schedule

---

[1] Defendant Slayback Pharma ("Slayback") is seeking discovery substantially similar to that sought by Defendants Apotex and Baxter. However, the parties' dispute regarding such discovery

1

a teleconference to address an outstanding discovery dispute in this matter:

- Defendants seek to compel documents and information relevant to their allegation that a former Latham & Watkins LLP attorney, now in-house counsel for Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC ("Eagle"), violated the prosecution bar set forth in the protective orders governing Eagle's prior litigations against Defendants by participating in the prosecution of one of the Patents-in-Suit.

As to Defendant Apotex:

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s):

The parties conducted an initial meet-and-confer on February 9, 2026, with follow-up email correspondence between February 10, 2026 and February 27, 2026. The parties participated in a subsequent meet-and-confer on March 2, 2026.

### February 9, 2026

Delaware Counsel:

    Kenneth L. Dorsney (Morris James LLP) for Defendants Apotex, Inc. and Apotex Corp.

    Daniel Silver (McCarter & English, LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

Lead Counsel:

    Christopher B. Ferenc and Matthew T. Messina (Katten Muchin Rosenman LLP) for Defendants Apotex, Inc. and Apotex Corp.

    Kenneth G. Schuler and Kelly A. Welsh (Latham & Watkins LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

### March 2, 2026

Delaware Counsel:

    Cortlan S. Hitch (Morris James LLP) for Defendants Apotex, Inc. and Apotex Corp.

---

is not yet ripe. Slayback reserves the right to join in the above-captioned discovery dispute at such time as its dispute becomes ripe.

>> Daniel Silver (McCarter & English, LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

> Lead Counsel:

>> Christopher B. Ferenc and Matthew T. Messina (Katten Muchin Rosenman LLP) for Defendants Apotex, Inc. and Apotex Corp.

>> Kenneth G. Schuler and Kelly A. Welsh (Latham & Watkins LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

<u>As to Defendant Baxter</u>:

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date(s):

The parties conducted a meet-and-confer on February 27, 2026, with follow-up email correspondence between March 2, 2026 and March 5, 2026.

> Delaware Counsel:

>> Philip A. Rovner (Potter Anderson & Corroon LLP ) for Defendant Baxter Healthcare Corporation

>> Daniel Silver (McCarter & English, LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

> Lead Counsel:

>> Martin J. Black and Judah J. Bellin (Dechert LLP) for Defendant Baxter Healthcare Corporation

>> Kenneth G. Schuler and Kelly A. Welsh (Latham & Watkins LLP) for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC.

The parties are available for a teleconference on the following dates: March 20, 23, and 24. Eagle respectfully requests to have no less than 7 days to respond to Defendants' opening letter brief, because Eagle's counsel will need to consult with Eagle, and Latham & Watkins LLP may

need an opportunity to be heard if firm interests are implicated.


Dated:  March 6, 2026

| POTTER ANDERSON & CORROON LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter Healthcare Corporation* | /s/ Cortlan S. Hitch<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants*<br>*Apotex Inc. and Apotex Corp.* |