**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 24-65-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br> **(CONSOLIDATED)** <br> **JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME**

Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC, ("Eagle") and Defendants Apotex Inc. and Apotex Corp. ("Apotex"), Slayback Pharma LLC and Azurity Pharmaceuticals, Inc. ("Slayback") and Baxter Healthcare Corporation ("Baxter") (collectively, "Defendants") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Defendants' time to serve the Reply Expert Report of David E Bugay, shall be extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Service of Defendants' Reply Expert Report of David E. Bugay | Monday, April 13, 2026 | Friday, April 17, 2026 |
| Service of Reply Expert Reports | Monday, April 13, 2026 | No Change |
| Close of Expert Discovery | Monday, May 11, 2026 | No Change |
| Dispositive Motions and Daubert Motions | Friday, June 5, 2026 | No Change |
| Answer Dispositive Motions and Daubert Motions | Wednesday, July 1, 2026 | No Change |
| Reply Dispositive Motions and Daubert Motions | Monday, July 20, 2026 | No Change |
| Hearing on Dispositive Motions and Daubert Motions | September 11, 2026 at 10:00 a.m. | No Change |
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No Change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No Change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 7, 2026 at 3:00 p.m. | No Change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | Monday, December 14, 2026 | No Change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Slayback Pharma LLC, No.24-65-JLH | Monday, May 10, 2027 at 3:00 p.m. | No Change |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Slayback Pharma LLC, No.24-65-JLH | Monday, May 17, 2027 | No Change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | Monday, September 6, 2027 at 3:00 p.m. | No Change |
| Trial Begins in in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No.24-66-JLH | Monday, September 13, 2027 | No Change |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No Change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No Change |

Pursuant to Local Rule 16.4(b), the undersigned certify that a copy of this request has been sent to their respective clients.

2

Dated: April 13, 2026


  /s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
MCCARTER & ENGLISH, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff
Eagle Pharmaceuticals, Inc. and
Eagle Sub1 LLC*


  /s/ Andrew M. Moshos
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant
Baxter Healthcare Corporation*


  /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants
Apotex Inc. and Apotex Corp.*


  /s/ Daniel A. Taylor
Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
SMITH KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant
Slayback Pharma LLC and
Azurity Pharmaceuticals, Inc.*


**SO ORDERED**, this _____ day of _____, 2026.


_____
United States District Court Judge


3