**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., AND APOTEX CORP, <br><br> Defendants. | C.A. No. 24-64-JLH <br><br> **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 24-65-JLH <br><br> **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION, <br><br> Defendant. | C.A. No. 24-66-JLH <br><br> **(CONSOLIDATED)** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**DEFENDANTS' JOINT REPLY EXPERT REPORT OF
DAVID E. BUGAY ON INVALIDITY**

were served upon the attorneys listed below via electronic mail on the 17th day of April, 2026

prior to 5:00 p.m. Eastern:

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
405 N. King St., 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

Marc N. Zubik
Alex Grabowski
Kenneth Schuler
Michelle Chin
Nathan Fuller
Manuela Burek
Hanna Bondarowicz
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
marc.zubick@lw.com
alex.grabowski@lw.com
kenneth.schuler@lw.com
michelle.chin@lw.com
nathan.fuller@law.com
manuela.burek@lw.com
hanna.bondarowicz@lw.com

Ramya Sri Vallabhaneni
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 100200
ramya.vallabhaneni@lw.com

Brett M. Sandford
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
brett.sandford@lw.com

Kelly A. Welsh
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
kelly.welsh@lw.com
EAGLEBENDAMUSTINELITIGATION.LWTE
AM@lw.com

*Attorneys for Plaintiff*

Dated: April 17, 2026

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

3