**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No.: 24-0066 (JLH) (Consol.) |
| | ) | C.A. No.: 25-0079 (JLH) |
| BAXTER HEALTHCARE CORPORATION, | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

By virtue of a settlement agreement between the parties, and pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii) and 41(c), Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC (collectively, "Plaintiffs") and Defendant Baxter Healthcare Corporation ("Baxter") hereby stipulate and agree that Plaintiffs' claims against Baxter are hereby dismissed with prejudice. Baxter's counterclaims are hereby dismissed as moot. All parties shall bear their own costs and attorneys' fees. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement.

Dated: April 30, 2026

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant Baxter Healthcare Corporation*

IT IS SO ORDERED this __________ day of _______________, 2026.

___________________________
United States District Judge